UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALEXANDER MATTHEWS and SHI YONGWEI,

                        Plaintiffs,

            -against-

JIE CHANG,

                      Defendant.
----------------------------------------------------------------X

25-CV-6050 (JPO)

**ORDER RESCHEDULING**
**SETTLEMENT**
**CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The settlement conference in this matter has been rescheduled to **Wednesday, April 8, 2026, at 10 a.m.**, via Zoom. The Zoom information will be emailed to the parties closer to the conference date. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo. As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, no later than **April 1, 2026**.

        **SO ORDERED.**

DATED:     New York, New York
             January 27, 2026

                                   _____
                               VALERIE FIGUEREDO
                               United States Magistrate Judge