UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER MATTHEWS, *et al.*,
Plaintiffs,

-v-

JIE CHANG,
Defendant.

25-CV-6050 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant Jie Chang filed a motion to dismiss Plaintiffs' amended complaint on September 24, 2026. No opposition to the motion to dismiss has been filed. Plaintiffs are informed that if they do not file an opposition by November 19, 2026, the motion to dismiss will be treated as unopposed.

SO ORDERED.

Dated: October 29, 2026
New York, New York

J. PAUL OETKEN
United States District Judge